IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARREN DEWBERRY,                )
                                )
            Petitioner,         )
                                )
v.                              )    No. CIV-06-118-L
                                )
JUSTIN JONES, Director,         )
                                )
            Respondent.         )

## O R D E R

This matter is before the court for review of the Report and Recommendation issued by the Honorable Gary M. Purcell on February 7, 2006, in which he recommended denying petitioner's motion for leave to proceed *in forma pauperis*. Petitioner did not object to the Report and Recommendation and, in fact, paid the filing fee in full on February 17, 2006. The Report and Recommendation is thus approved and adopted. Given petitioner's payment of the filing fee, however, the recommendation that this action be dismissed is moot. Petitioner's Application to Proceed In Forma Pauperis (Doc. No. 2) is DENIED. This matter is recommitted to Judge Purcell for further proceedings.

It is so ordered this 6th day of March, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge